JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DALE S., JR., <br><br>    Plaintiff, <br><br>  v. <br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] <br><br>    Defendant. | Case No. 2:17-cv-00863-KES <br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: August 22, 2018

                                              /s/ Karen E. Scott
                                              KAREN E. SCOTT
                                              United States Magistrate Judge

---

[1] As of November 17, 2017, Ms. Berryhill's new title is "Deputy Commissioner for Operations performing the duties and functions not reserved to the Commissioner of Social Security."